

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00788-CV

Ji **HYUN**,
Appellant

v.

**DNOW L.P.**, d/b/a DistributionNOW and Marley Wiles,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-11226
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: March 20, 2024

DISMISSED WITH PREJUDICE

Appellant Ji Hyun and Appellee DNOW, L.P. filed an agreed motion to dismiss this appeal

with prejudice. The agreed motion is granted; this appeal is dismissed with prejudice. *See* TEX.

R. APP. P. 42.1(a)(2)(A), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181

(Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM